09-2108-ag
Stefanus v. Holder

BIA
Videla, IJ
A094 824 819
A099 927 425

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 30th day of September, two thousand ten.

PRESENT:

DENNIS JACOBS,
   *Chief Judge,*
GUIDO CALABRESI,
DEBRA ANN LIVINGSTON,
   *Circuit Judges.*

_____

RAYNOLD STEFANUS, SYLVIA ELISABETH,
  *Petitioners,*

   v.         09-2108-ag
                NAC

ERIC H. HOLDER, JR., UNITED STATES ATTORNEY GENERAL,
  *Respondent.*

_____

FOR PETITIONER:  Theodore N. Cox, New York, New York.

FOR RESPONDENT:  Tony West, Assistant Attorney General, Civil Division; Terri J. Scadron, Assistant Director; Hillel R. Smith, Attorney, Office of Immigration Litigation, United States Department of Justice, Washington, D.C.

UPON DUE CONSIDERATION of this petition for review of a Board of Immigration Appeals ("BIA") decision, it is hereby ORDERED, ADJUDGED, AND DECREED, that the petition for review is DENIED.

Raynold Stefanus and Sylvia Elisabeth, natives and citizens of Indonesia, seek review of an April 21, 2009, order of the BIA, affirming the November 28, 2007, decision of Immigration Judge ("IJ") Gabriel Videla, which denied their applications for asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"). *In re Raynold Stefanus, Sylvia Elisabeth,* Nos. A094 824 819, A099 927 425 (B.I.A. Apr. 21, 2009), *aff'g* Nos. A094 824 819, A099 927 425 (Immig. Ct. N.Y.C. Nov. 28, 2007). We assume the parties' familiarity with the underlying facts and procedural history in this case.

Under the circumstances of this case, we review both the IJ and BIA decisions. *See Zaman v. Mukasey*, 514 F.3d 233, 237 (2d Cir. 2008). The applicable standards of review are well-established. *See Corovic v. Mukasey*, 519 F.3d 90, 95 (2d Cir. 2008); *Bah v. Mukasey,* 529 F.3d 99, 110 (2d Cir. 2008).

The only issue before us is whether the agency erred by failing to consider Petitioners' claim that there exists a

pattern and practice of persecution of ethnic Chinese Christians in Indonesia. *See* 8 C.F.R. §§ 1208.13(b)(2)(iii), 1208.16(b)(2).  The IJ made no explicit pattern and practice finding.  However, the BIA did consider that claim, and found, as it has time and again, that there is no such pattern or practice of persecution against Chinese Christians in Indonesia.  *See, e.g., In re A-M-,* 23 I. & N. Dec. 737, 740-41 (BIA 2005) (citing *Lie v. Ashcroft*, 396 F.3d 530, 537 (3d Cir. 2005)).  We have found no error in such decisions.  *See, e.g., Santoso v. Holder*, 580 F.3d 110, 112 (2d Cir. 2009).

For the foregoing reasons, the petition for review is DENIED.  As we have completed our review, any stay of removal that the Court previously granted in this petition is VACATED, and any pending motion for a stay of removal in this petition is DISMISSED as moot.  Any pending request for oral argument in this petition is DENIED in accordance with Federal Rule of Appellate Procedure 34(a)(2), and Second Circuit Local Rule 34.1(b).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

3